THE LAW OFFICE OF NATHAN D. BORRIS, ESQ.
Nathan D. Borris, Esq. SBN 266090
1380 A Street
Hayward, CA 94541
(510) 581-7113
(510) 581-7112 Fax
nateborris@gmail.com

# UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

In Re:

LAUREN J. MASSA-LOCHRIDGE,

    Debtor

) Case No.: 19-42592 RLE
) Chapter 13
)
) **DEBTOR'S OPPOSITION TO**
) **TRUSTEE'S MOTION TO DISMISS FOR**
) **FAILURE TO MAKE PLAN PAYMENTS**
) **AND REQUEST FOR HEARING**
)
)

    On November 23, 2020, Martha Bronitsky, Chapter 13 Trustee, filed a motion to dismiss for failure to make plan payments, alleging delinquent payments totaling $9,940.00.

    Debtor mailed a payment for $10,000.00 on Friday, December 11, 2020 to the Trustee. Overnight service was requested for the delivery through the US Postal Service, but the delivery that was originally set for Saturday, December 12, 2020 was delayed. Debtor expects that the payment will be delivered to the Trustee no later than today. This payment will bring Debtor's plan current through November 2020. Tracking information is attached.

    Insofar as the Trustee seeks to prosecute her Motion to Dismiss filed on November 23, 2020 despite the foregoing payment information, Debtor hereby requests that a hearing be set thereon.

1

Dated: December 14, 2020

/s/ NATHAN D. BORRIS, ESQ.
Nathan D. Borris, Esq.
*Attorney for Debtor*

ALERT: USPS IS EXPERIENCING UNPRECEDENTED PACKAGE INCREASES AND LIMITED EMP…

## USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** EJ337555046US

Remove ✕

Scheduled Delivery by

**SATURDAY**
**12** DECEMBER 2020 ⓘ

by
**12:00pm** ⓘ

Feedback

## In-Transit

December 12, 2020 at 12:08 pm
Arrived at Post Office
CHICAGO, IL 60680

Get Updates ⌄

Text & Email Updates ⌄

Proof of Delivery ⌄

Tracking History ⌄

Product Information ⌄

See Less ⌃